UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IMRE KIFOR,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THE COMMONWEALTH OF<br>MASSACHUSETTS, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-11948-PBS<br>)<br>)<br>)<br>)<br>) |

**<u>FINAL ORDER OF DISMISSAL</u>**

SARIS, D.J.

　　In accordance with the Memorandum and Order dated December 7, 2022 (Docket Entry No. 6), dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

SO ORDERED.

Date:  12/7/2022　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　<u>/s/ Maryellen Molloy</u>
　　　　　　　　　　　　　　　　Deputy Clerk